ORIGINAL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2023 APR 17 PM 3:39

Cause No.: **4-23CV-371-O**    DEPUTY CLERK _____

| | |
|---|---|
| LEWIS BROOKS MCKENZIE,<br>Plaintiff-Petitioner,<br><br>v.<br><br>STATE OF TEXAS, HOLLY HAYES, and<br>KELLI MARIE (RAYBURN) MCKENZIE,<br>Defendant-Respondents. | ) In a removal from the 233rd Judicial<br>) District Court of Tarrant County, TX<br>) State case number: 233-651265-18<br>)<br>)<br>)<br>)<br>) FORMAL DEMAND FOR JURY TRIAL<br>)<br>) CONSTITUTIONAL CHALLENGES<br>)<br>) INJUNCTIVE RELIEF REQUESTED |

## Notice of Appearance (Civil)

Plaintiff, Lewis Brooks McKenzie, respectfully now provides the Clerk, the Court, and all parties herein with his civil appearance information:

| | |
|---|---|
| Name: | Lewis Brooks McKenzie |
| Address: | 706 W. 4th St.<br>Clarksville, Texas 75426 |
| Telephone: | 972-837-5678 |
| Fax: | No. None. N/A. |
| Accept service by Fax? | No. None. N/A. |
| Computer email address: | LBMTCU@gmail.com |

Respectfully submitted,

_/s/ Lewis Brooks McKenzie_
Lewis Brooks McKenzie

1

706 W. 4th St.
Clarksville, Texas 75426
Tel:  972-837-5678
Email:  LBMTCU@gmail.com
*Plaintiff-Petitioner Party of Record*

## CERTIFICATE OF SERVICE

I hereby certify: that on this __17__ day of April, 2023, a true and complete copy of the above *notice of and verified petition for removal and criminal complaint upon human trafficking*, by depositing same via certified first class postage prepaid mail, RRR via USPS, if not performed via formal process server, has been duly served upon:

*(Statutory Intervenor United States)*
c/o U.S. Attorney General Merrick Garland
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*(Statutory Intervenor United States)*
c/o U.S. Attorney Ashley C. Hoff
Office of the U.S. Attorney TXWD
903 San Jacinto Blvd
Suite 334
Austin, TX  78701

*(Cross-Defendant State of Texas)*
State of Texas
c/o Secretary of State Executive Office
P.O. Box 12887
Austin, TX  78711-2887

*(Cross-Defendant State of Texas)*
State of Texas
c/o Attorney General W. Kenneth Paxton
P.O. Box 12548
Austin, TX  78711-2548

*(Cross-Defendant Holly Hayes)*
Holly Hayes
c/o Child Support Enforcement
2001 Beach St., STE 800
Fort Worth, Texas 75103-2300

*(Counter-Defendant Kelli Marie (Rayburn) McKenzie)*
Kelli Marie (Rayburn) McKenzie
7913 Hannah St
Plano, TX 75025-6203

_____
Lewis Brooks McKenzie