# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

Cause No.: **4:23-cv-00371**

| | |
|---|---|
| LEWIS BROOKS MCKENZIE,  Plaintiff-Petitioner, | ) In a removal from the 233rd Judicial ) District Court of Tarrant County, TX ) State case number: 233-651265-18 |
| v. | ) ) |
| STATE OF TEXAS, HOLLY HAYES, and KELLI MARIE (RAYBURN) MCKENZIE,  Defendant-Respondents. | ) FORMAL DEMAND FOR JURY TRIAL ) ) CONSTITUTIONAL CHALLENGES ) ) INJUNCTIVE RELIEF REQUESTED |

## Emergency Motion to Quash Post-Removal State Court Orders, and Notice of Tort Claims Including Criminal Complaint

TO:  The various official recipients listed having specific duties and responsibilities hereunder

RE:  Direct, willful, knowing and intentional violations of oaths, to defraud the United States

Comes now the removal Petitioner, Lewis Brooks McKenzie, requests this Honorable Court quash the Capius warrant issued by the State Court *after* Petitioner removed this State case to Federal jurisdiction.

## Motion to Quash All State Court Orders Issued Post-Removal

This Emergency Motion to Quash is sought as the Plaintiff is living everyday under an unlawful, politically motivated Capius warrant that was issued illegally after Federal removal. This is a clear case of official oppression and criminal conduct by the Defendants.

1

Petitioner removed the referenced State case on April 17, 2023. The State court, Defendant Holly Hayes, and all other parties were made aware that this case had been removed to Federal Court. Subsequent to this lawful removal to Federal court, and after being notified via the eFile Texas system and direct emails where possible, the State court, in apparent collaboration with Defendant Hayes, issued a Capius warrant for this Plaintiff. This pattern of behavior by the State courts in Tarrant County is evidenced in the State court's refusal to follow State and Federal laws since 2018.

The very same rogue courts of Tarrant County and Texas, via its officers (judges opposing counsels, Texas Office of Attorney General and its employees, state and county actors, etc.), were already fully aware of the legal effect of removing any jurisdiction of State courts and actors, whilst removal into federal court is pending.

On April 17th, 2023 this instant removal action was filed, with obligatory state court Notice filed the same date with the state court clerk (eFiled with service to listed parties), Defendants were duly served of same, and Defendant Hayes was emailed a copy of the removal. At that point, Defendants chose to ignore the removal and continue, in violation of law.

This Court should now QUASH all such state court orders and entries for total lack of jurisdiction during removal to this federal Court.

## Notice of Tort Claims

For and upon the various gross torts by Defendants to willfully derelict duties and knowingly obstruct justice, including denial of honest services, fraud upon the court, conspiracy to defraud the United States, and etc., as only briefly described above but conclusive upon comparison to the actual filings, matters, issues, laws and facts of this case, the undersigned Petitioner will accept $5M USD (five million U.S. dollars) in settlement of the same.

CONCLUSION AND PRAYER FOR
RELIEF

Accordingly, this undersigned removal Petitioner is entitled under law: (A) that the rogue state court orders knowingly issued without any jurisdiction post-removal are quashed; (B) that immediate criminal process be initiated against the Defendants who have manifestly and repeatedly violated my fundamental rights and the laws. This Petitioner is also entitled to various other related remedial relief within these premises.

**WHEREFORE,** the undersigned removal Petitioner moves for and demands: (A) that the rogue state court orders knowingly issued without any jurisdiction post-removal are quashed; (B) that immediate criminal process be initiated against the Defendants who have manifestly and repeatedly violated my fundamental rights and the laws; and (generally) Petitioner also prays for all other true and just and lawful relief within these premises.

Respectfully submitted,

*[signature]*

Lewis Brooks McKenzie
706 W. 4th St.
Clarksville, Texas 75426
Tel:    972-837-5678
Email: LBMTCU@gmail.com
*Plaintiff-Petitioner Party of Record*

## CERTIFICATE OF SERVICE

   I hereby certify: that on this 1st day of May, 2023, a true and complete copy of the above *notice* by depositing same via certified first class postage prepaid mail, RRR via USPS, if not performed via formal process server, has been duly served upon:

*(Statutory Intervenor United States)*
c/o U.S. Attorney General Merrick Garland
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*(Statutory Intervenor United States)*
c/o U.S. Attorney Ashley C. Hoff
Office of the U.S. Attorney TXWD
903 San Jacinto Blvd
Suite 334
Austin, TX  78701

*(Cross-Defendant State of Texas)*
State of Texas
c/o Secretary of State Executive Office
P.O. Box 12887
Austin, TX  78711-2887

*(Cross-Defendant State of Texas)*
State of Texas
c/o Attorney General W. Kenneth Paxton
P.O. Box 12548
Austin, TX  78711-2548

*(Cross-Defendant Holly Hayes)*
Holly Hayes
c/o Child Support Enforcement
2001 Beach St., STE 800
Fort Worth, Texas 75103-2300

*(Counter-Defendant Kelli Marie (Rayburn) McKenzie)*
Kelli Marie (Rayburn) McKenzie
7913 Hannah St
Plano, TX 75025-6203

_____
Lewis Brooks McKenzie

## CERTIFICATE OF CONFERENCE

I have attempted to confer with Defendants, but have received no reply to my communications to date.

_____
Lewis Brooks McKenzie