# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **LEWIS BROOKS MCKENZIE,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | Civil Action No. 4:23-cv-00371-O-BP |
| § | |
| **STATE OF TEXAS,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER

Before the Court is Defendant State of Texas's Motion to Remand filed on May 22, 2023. ECF No. 22. Plaintiff shall file his response to the Motion on or before **June 12, 2023**. Also by that date, Plaintiff shall file a brief that complies with the Local Civil Rules of the Northern District of Texas, specifically (1) Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules.

It is so **ORDERED** on May 23, 2023.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE