IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEWIS BROOKS MCKENZIE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | Civil Action No. 4:23-cv-00371-O-BP |
| | § | |
| **STATE OF TEXAS,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections and responses thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant State of Texas's Motion to Remand (ECF No. 22) is **GRANTED**, and this case is remanded to the 233rd Judicial District Court of Tarrant County, Texas.

**SO ORDERED** on this **27th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE