# United States District Court
## Northern District of Texas

Karen Mitchell  
Clerk of Court

Fort Worth Division

July 27, 2023

233rd District Court  
200 East Weatherford  
Fort Worth, TX 76196

RE: McKenzie v. State of Texas et al

      Style: 4:23-cv-00371-O-BP

Dear Clerk:

    Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the    233rd Judicial District Court of Tarrant County   , 233-651265-18 along with a copy of the docket sheet.

    If you have any questions regarding this matter, I may be reached at 817-850-6601 .

Sincerely,  
Karen Mitchell, Clerk

By: MW_____  
      Deputy Clerk

Enclosure  certified order  
      certified docket sheet

cc:  Counsel of Record  
     Case file (public entry)