# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **LEWIS BROOKS MCKENZIE,** § § | |
| **Plaintiff,** § | |
| v. § | Civil Action No. 4:23-cv-00371-O-BP |
| § | |
| **STATE OF TEXAS,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **REMANDED** to the 233rd Judicial District Court of Tarrant County, Texas.

2. The Clerk shall return this case using the standard process and shall transmit a copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties.

**SO ORDERED** on this **27th day** of **July, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE