**FILED**
**November 16, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 23-10829

―――――――――

Lewis Brooks McKenzie,

*Plaintiff—Appellant*,

*versus*

State of Texas; Holly Hayes; Kelli Marie McKenzie, (Rayburn),

*Defendants—Appellees*.

―――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-371

―――――――――――――――――――

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of November 13, 2023, for want of prosecution. The Appellant failed to timely file appellant's brief.



**A True Copy**
**Certified order issued Nov 13, 2023**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Case: 23-10829    Document: 00516964939    Page: 2    Date Filed: 11/13/2023
Case 4:23-cv-00371-O   Document 37   Filed 11/16/23   Page 2 of 2   PageID 341

No. 23-10829

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
      Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT